UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.   _Antoine Lee_
Defendant.

Case No. 1: 01cr66
        1: 03cr144
(Hogan, M.J.)

2005 NOV 15  PM 7:32

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: Melissa Fuller, Spangler Reporting Services
Date/Time: 11-15-05 @ 1:00pm

United States Attorney: _R. Jeb Jerrien_     Defendant Attorney: _Ransom Hudson_

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [X] petition for supervised release
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing  _11-18-05 @ 10:00 am_
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.  _Fed Public Defender_     _Court decided no financial affidavit necessary for this A._

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
*Special Conditions of Release:* [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:  [ ] GUILTY  [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: