AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

2005 NOV 18 PM 2:02

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

Antoine Lee

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:01cr66
+
1:03cr144

I, __Antoine Lee__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_/s/ Defendant_

11/18/05
Date

_/s/ Ranson Hudson_
Counsel for Defendant