UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                          Case Nos.  1:01-cr-66 & 1:03-cr-144

Antoine Lee,
    Defendant

**NOTICE**

This matter is scheduled for Sentencing on Revocation on January 26, 2006 at 9:00 a.m. before Chief Judge Beckwith in Courtroom 822.

                                            s/Mary C. Brown
                                            Mary C. Brown,
                                            Case Manager to Chief Judge Beckwith

cc:    United States Marshal
        Robert Frommeyer, Probation Department