UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.  Case No. 1:01-cr-66 & 1:03cr144

**Antoine Lee**

**CRIMINAL MINUTES** - *Sentencing on Revocation*
*(9:17 - 9:54)*

U.S. ATTORNEY PRESENT: _Timothy Oakley_

COUNSEL FOR DEFENDANT: _Ranson Hudson_

~~INTERPRETER~~: _Robert Lemmage, probation_

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

  **NOT GUILTY**_____

  **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order __✓__

An appeal of sentence to be filed by Clerk of Court __✓__

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

REMARKS: Probation officer summarizes violations. △ admits violations. Supervised release is REVOKED.
SENTENCE: 24 months imprisonment — no supervised release to follow
Doc. 42 is denied.

**Court Personnel**

**Honorable: Sandra S. Beckwith, Chief Judge**

**Deputy Clerk: Mary Brown**

**Court Reporter:** Jennifer Coats (Ace Merit Reporting)

**Date:** Thursday, January 26, 2006