UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                              Case No.   1:01-cr-66 & 1:03-cr-144

Antoine Lee,
    Defendant

# NOTICE OF APPEAL

    Notice is hereby given that   Antoine Lee  , Defendant

named above, hereby appeals to the United States Court of Appeals for the Sixth

Circuit from the Order Revoking Supervised Release and Sentence entered in this action on January 26, 2006.

                    Entered by the Clerk in Defendant's behalf pursuant to Order of the Court.

                    James Bonini, Clerk

                    By: s/Mary C. Brown
                        Mary C. Brown, Deputy Clerk

                    Date:  January 26, 2006